# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOAN THANH HUYNH,<br><br>　　　　　　Petitioner,<br>　　vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Respondent. | Case No. CV 14-00836-DMG (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. To date, no objections to the Report and Recommendation have been filed. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: December 28, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE