JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOAN THANH HUYNH,<br><br>　　　　　Petitioner,<br>　　vs.<br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Respondent. | Case No. CV 14-00836-DMG (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 28, 2015

　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1